JS - 6

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| HEIDI LIVSEY,<br><br>   Plaintiff,<br><br>vs.<br><br>LAGUNA HILLS HOTEL DEVELOPMENT VENTURE LP, doing business as HOLIDAY INN LAGUNA HILLS; LHDV, INC., and DOES 1 through 10, Inclusive,<br><br>   Defendants. | Case No.:<br>SACV09-0021-AG(MLGx)<br><br>**JUDGMENT** |

  PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 68, the Court hereby enters judgment in favor of Plaintiff, Heidi Livsey, and against Defendants, Laguna Hills Hotel Development Venture, LP, and LHDV, INC. in the amount of $11,000.00 as satisfaction for all damages, costs and attorneys' fees in this matter.

  Defendants are further ordered to offer to the current owner and/or operator of the Holiday Inn in Laguna Hills (the "Hotel") to install, at Defendants' sole cost and expense, a feature of the existing incline lift that will ensure that the lift automatically folds itself after a set amount of time after each usage. Defendants are further ordered to offer to the current owner and/or operator of the Hotel to install, at Defendants' sole cost and expense, the following signage:

    a.    At the top and bottom of the ramp leading to and from the Hotel's lobby, directional signage instructing individuals to find the accessible path of travel by lift; and,

    b.    On or near proximity to the lift, signage warning that the incline lift has safety arms that descend when the lift is activated to go up or down the incline.

IT IS SO ORDERED.

Dated: August 24, 2009

_____
JUDGE, U.S. DISTRICT COURT
ANDREW J. GUILFORD